CHARLES UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

CHARLES SHATEEK SMITH,

          Defendant.

CASE NO. **2:21-cr-00103-JLR**

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with felon is possession of a firearm. He has a lengthy criminal history with convictions for residential burglary, assault in the third degree, tampering with a witness, robbery in the first degree and attempted robbery in the first degree. He completed a 180 month state sentence in December 2020 and began a term of state supervision. In January 2021, Defendant was charged and convicted of attempted possession of a firearm in King County Superior Court.  He received a sentence of 364 days with 241 days suspended. In March 2021, law enforcement sought Defendant as there were numerous active felony warrants for his arrest. The warrants were issued by the state because Defendant failed to comply with conditions of his

DETENTION ORDER - 1

supervision. On March 29, 2021, law enforcement contacted Defendant identifying themselves as police officers. Defendant immediately began running. When an officer grabbed Defendant as he tried to climb a fence, Defendant turned and they both fell through the fence and down an embankment. Officers arrested and searched Defendant and allegedly found a pistol in his jacket pocket and another pistol in his pants pocket. Both pistols were loaded. Defendant's criminal history; his non-compliance while on supervision; his engagement in criminal conduct and conviction this year while one supervision, and his conduct at the time of arrest indicate he is both a danger to the community and a risk of flight.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 30th day of November, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2