The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SHATEEK SMITH,<br><br>Defendant. | NO. CR21-103-JLR<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

1. One Beretta .22 caliber pistol, serial number BER41410T; and
2. Any associated ammunition.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- The Subject Property is forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way 28 U.S.C. § 2461(c), as it was involved in the commission of *Felon in Possession of a Firearm*, in violation of 18 U.S.C. § 922(g)(1);

Final Order of Forfeiture - 1
*United States v. Smith,* CR21-103-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On September 23, 2022, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 924(d)(1) by way of 28 U.S.C. § 2461(c) and forfeiting the Defendant's interest in it (Dkt. No. 32);

- On September 27, 2022, the Defendant was sentenced for *Felon in Possession of Firearms*, in violation of 18 U.S.C. § 922(g)(1), and forfeiture was incorporated therein (Dkt. No. 34);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 35) and provided direct notice to two potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Jehiel I. Baer in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibits A & B);

- The United States and third-party petitioner Tahleha Jackson executed a Settlement Agreement for the return of the Walther .380 pistol that was identified in the Preliminary Order of Forfeiture (Dkt. No. 38); and,

- The time for filing third-party petitions has expired, and no other petition was filed.

NOW, THEREFORE, THE COURT ORDERS:

1) No right, title, or interest in the Subject Property exists in any party other than the United States;

2) The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

///

Final Order of Forfeiture - 2
*United States v. Smith,* CR21-103-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3) The United States Department of Justice, and/or their representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 11th day of September, 2024.

*[signature]*

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Smith,* CR21-103-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970