THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CHARLES SHATEEK SMITH,

    Defendant.

) No. CR21-103-JLR
)
)
) ORDER TO REDACT TRANSCRIPT
)
)
)
)
)
)

THE COURT has considered Charles Shateek Smith's unopposed motion to redact personal identifying information (PII) from the official transcript for the evidentiary hearing on revocation of supervised release that was prepared on February 19, 2026. Dkt. 88.

IT IS ORDERED that Court Reporter Andrea Ramirez is directed to redact the revocation hearing transcript to remove personal addresses and any other PII identified by counsel as allowed in the Federal Rules of Criminal Procedure before posting the transcript on the public docket. Ms. Ramirez shall provide copies of the redacted transcript to counsel for Mr. Smith and the government upon completion.

DATED this 20th day of March, 2026.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *J. Leonardo Costales*
Attorney for Charles Shateek Smith

ORDER TO REDACT TRANSCRIPT
(*United States v. Smith*, CR21-103-JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**